# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br>　　　　　Plaintiff,<br>　v.<br>**S. Russell Taylor,** in his individual and representative capacity as trustee of the Russ and Rhonda Taylor Trust;<br>**Rhonda J. Taylor,** in her individual and representative capacity as trustee of the Russ and Rhonda Taylor Trust;<br>**Ray Anthony Dillingham**; and Does 1-10,<br>　　　　　Defendants. | Case No.: 2:17-CV-01523-JAM-EFB<br><br>**ORDER** |

　　Having read Plaintiff's Application for Publication of Summons and the supporting documentation filed therewith, and finding good cause therefore,

　　**IT IS ORDERED** that the service of the summons in this action is made by publication of summons pursuant to Code of Civil Procedure, section

Proposed Order Granting Plaintiff's Application　　2:17-CV-01523-JAM-EFB
To Publish Summons

415.50, upon Defendants S. Russell Taylor and Rhonda J. Taylor, in The Record, a newspaper of general circulation published at 530 E. Market St. Stockton, CA 95202 and that said publication be made at least once a week for four successive weeks.

**IT IS FURTHER ORDERED** that a copy of the said summons and of said complaint in this action be deposited in the United States Post Office, postage prepaid, directed to said defendants, if his address is ascertained before expiration of the time prescribed for the publication of this summons.

Date:  5/30/2018                                /s/ John A. Mendez_____

**Hon. John A. Mendez**

**United States District Court Judge**

**Proposed by:**

CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-519
phylg@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON